NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Michael L. Brown II
Deputy Federal Public Defender
Central District of California
321 E 2nd Street | Los Angeles, CA 90012 | fpdcdca.org
Office: 213.894.5327 |Fax: 213 894 0081 | Assistant, Dorothy Huizar: 213 894-2884

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

PLAINTIFF

v.

Raymond Ghaloustian

DEFENDANT.

CASE NUMBER

**19-mj-4022**

**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING**

Application is made by ☐ plaintiff ☑ defendant Raymond Ghaloustian that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☑ Magistrate Judge Alicia G. Rosenberg by order dated: October 31, 2019

☑ denying release and imposing detention under subsection ☐ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:
Mr. Ghaloustian made no bail application on October and the court found in part that "no known bail resources" justified detention. There are currently bail resources and at least two suretors available.

Relief sought *(be specific)*:
Relief on a 75k bond signed by Mr. Ghaloustian's wife and best friend as suretors.

Counsel for the defendant and plaintiff United States Government consulted on Friday November 15, 2019 and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☑ AUSA ☑ Defendant's Counsel ☑ PSA ☐ Interpreter ☐ USM ☐ Probation on November 18, 2019.

An interpreter is ☐ required ☑ not required. Language _____
Defendant is ☐ in custody ☐ not in custody.

November 18 2019
Date

Michael Brown II
Moving Party

---

**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING**

CR-88 (06/07)